UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-219-BO1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER DON GRAY | ORDER ON MOTION TO HOLD<br>18 U.S.C. § 3582(c) MOTION<br>IN ABEYANCE |

This matter is before the Court on the Office of the Federal Public Defender's Motion to Hold 18 U.S.C. § 3582(c) Motion in Abeyance based upon the limited appointment of counsel pursuant to Standing Order 11-SO-01. For good cause shown, the Court concludes that the Office of the Federal Public Defender should be granted an order holding this motion in abeyance.

WHEREFORE, it is hereby ORDERED that the motion filed by the Office of the Federal Public Defender is allowed and Mr. Gray's *pro se* 18 U.S.C. § 3582(c) motion is held in abeyance until such time as the Federal Public Defender is able to make a thorough review of his case under the standing order.

SO ORDERED this _11_ day of _April_, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE